# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TAKILIEA WILLIAMS                     Case Number: 08-70376
2505 ELLEN AVENUE
ROCKFORD, IL  61101                SSN-xxx-xx-7538

Case filed on:  2/13/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $375.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | TAKILIEA WILLIAMS (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DEPARTMENT OF TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TAKILIEA WILLIAMS | 0.00 | 0.00 | 300.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 300.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 927.22 | 10.00 | 0.00 | 0.69 |
| 002 | CAPITAL ONE AUTO FINANCE | 6,987.78 | 6,987.78 | 0.00 | 68.09 |
|  | Total Secured | 7,915.00 | 6,997.78 | 0.00 | 68.78 |
| 001 | HEIGHTS FINANCE | 0.00 | 917.22 | 0.00 | 0.00 |
| 004 | PROGRESSIVE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | SOUTHWEST CREDIT SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST PREMER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MEPCO INS PREMIUM FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 917.22 | 0.00 | 0.00 |
|  | Grand Total: | 7,915.00 | 7,915.00 | 300.00 | 68.78 |

Total Paid Claimant:     $368.78
Trustee Allowance:       $6.22         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan